

Opinion by Johnson, J. In accordance with stipulation of counsel that the facts are similar to those involved in Abstract 57579, the claim of the plaintiffs was sustained.

**No. 58438.**—Fondeville & Co., Inc. *v.* United States, protests 202102–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that certain items appearing in schedule "B," attached to and made a part of the decision in this case, consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 58439.**—Astoria Pan Americana, Inc. *v.* United States, protests 175327–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiff was sustained.

**No. 58440.**—Astoria Pan Americana, Inc., et al. *v.* United States, protests 198309–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of ficin powder or *leche de oje en polvo* the same in all material respects as that the subject of *Astoria Pan-Americana, Inc.* v. *United States* (32 Cust. Ct. 243, C. D. 1608), the claim of the plaintiffs was sustained.

**No. 58441.**—Astoria Pan Americana, Inc., and J. J. Boll *v.* United States, protests 205817–K, etc. (New York).